### 1764. MIONA MINERAL SPRINGS CO. *v.* SUTTON.

POWELL, J. The case was fairly submitted to the jury by the charge of the court. The evidence was such as to raise an issue of fact for the determination of the jury. The trial judge having approved the verdict, this court declines to interfere.        ⟨ *Judgment affirmed.*

HILL, C. J., dissenting. I think the case falls clearly within the principle decided by the Supreme Court in the cases of *Stone* v. *Moore*, 75 *Ga.* 565, and *Martin* v. *Harwell*, 115 *Ga.* 156 (41 S. E. 686).

Complaint; from city court of Fort Gaines—Judge Rambo. March 8, 1909.

Submitted May 5, 1909.—Decided January 21, 1910.

*Ben. M. Turnipseed,* for plaintiff in error.

*King & Castellow,* contra.